893 F.2d 1328
 Conover (William), Cutler (Michael), Grant (Lamont), Newell
(James Lee), Stippick (Joseph)
v.
Tard (ELijah), Fauver (William), Adams (John, Capt.), Rhym
(Joseph, Capt.), Dobson (Steven, Lt.), Lewis (Donald, Sgt.),
Jasinskas (Alphonsus, Off.), Mitchell (Charles, Off.),
Robinson (Gregory, Off.), Smith (John, Off.), Corbezzolo
(Steven, Off.), Fattori (Michael, Off.), Foussadier (James,
Off.), Tinson (Emory, Off.), Officers John Doe I through X,
Bachman (Ronald, Sgt.)
 NO. 89-5419
 United States Court of Appeals,
Third Circuit.
 DEC 05, 1989
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.